UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| STUDENTS FOR LIFE ACTION, | ) | 3:23-CV-3010-RAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANTS' |
| | ) | MOTION TO DISMISS |
| MARTY JACKLEY, in his official | ) | PLAINTIFF'S FIRST AMENDED |
| capacity as Attorney General of the | ) | COMPLAINT |
| State of South Dakota, and | ) | |
| | ) | |
| MONAE JOHNSON, in her official | ) | |
| capacity as South Dakota Secretary | ) | |
| of State, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Marty Jackley in his official capacity as Attorney General of the State of South Dakota and Monae Johnson in her official capacity as the South Dakota Secretary of State (collectively "Defendants"), move under Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, that the Court dismiss Plaintiff's First Amended Complaint seeking injunctive and declaratory relief.  This Motion is based on Memorandum of Law which is being filed contemporaneously with this motion.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be granted.

Dated this 6th day of October, 2023.

/s/ *Clifton E. Katz*
Clifton E. Katz
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
Email: Clifton.Katz@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on October 6th, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Clifton E. Katz*
Clifton E. Katz
Assistant Attorney General