# Exhibit 1

Hi, John! My name is Adam w/ Students for Life Action. Representative Lance Koth voted against Students for Life Action's HB 1208 to Ban Chemical Abortions in S. Dakota, and failed to return his SFLAction candidate survey pledging to vote pro-life. Please take 5 seconds to tell him to reverse course if nominated in the June 7th primary by signing our petition to ban chemical abortion: https://act.studentsforlifeaction.com/sd-chemical-abortion-ban/. Reply STOP to Optout

Hey, John! My name is Adam w/ Students for Life Action. Representative Tim Reed voted against Students for Life Action's HB 1208 to Ban Chemical Abortions in S. Dakota, and failed to return his SFLAction candidate survey pledging to vote pro-life. Please take 5 seconds to tell him to reverse course if nominated in the June 7th primary by signing our petition to ban chemical abortion: https://act.studentsforlifeaction.com/sd-chemical-abortion-ban/. STOP to Optout

Characters used: 467/2000 This will be sent as an MMS message

> Greetings, John!! I am Adam w/ Students for Life Action. Representative Greg Jamison voted against Students for Life Action's HB 1208 to Ban Chemical Abortions in S. Dakota, and failed to return his SFLAction candidate survey pledging to vote pro-life. Please take 5 seconds to tell him to reverse course if nominated in the June 7th primary by signing our petition to ban chemical abortion: https://act.studentsforlifeaction.com/sd-chemical-abortion-ban/. STOP to end msgs

## Message Examples

> Hello, John. Adam here for Students for Life Action. I have great news! Cole Heisey returned our survey and pledged to vote 100% pro-life if elected. He is the only candidate in House District 12 to do so. Please take 5 seconds to encourage him to keep his promise if nominated in the June 7th primary by signing our petition to ban chemical abortion: https://act.studentsforlifeaction.com/sd-chemical-abortion-ban/. Txt STOP 2 Stop

Hey there, John. This is Adam w/ Students for Life Action. I have great news! Jodie Frye returned our survey and pledged to vote 100% pro-life if elected. She is the only candidate in House District 34 to do so. Please take 5 seconds to encourage her to keep her promise if nominated in the June 7th primary by signing our petition to ban chemical abortion: https://act.studentsforlifeaction.com/sd-chemical-abortion-ban/. 2 optout txt STOP

**Characters used:** 441/2000 This will be sent as an MMS message.

Hey there, John! My name is Adam for Students for Life Action. I have great news! Julie Erickson returned our survey and pledged to vote 100% pro-life if elected. She is the only candidate in Senate District 7 to do so. Please take 5 seconds to encourage her to keep her promise if nominated in the June 7th primary by signing our petition to ban chemical abortion: https://act.studentsforlifeaction.com/sd-chemical-abortion-ban/. 2 end msgs, STOP

> Hey, John. I'm Adam w/ Students for Life Action. I have great news! Penny BayBridge returned our survey and pledged to vote 100% pro-life if elected. Please thank Penny BayBridge for pledging to defend the preborn and encourage her to keep her promise to defend life if nominated in the Tuesday, June 7th Republican Primary. Stop w/ STOP