# Exhibit 2











Tell Rep. Tim Reed:
Stop opposing pro-life laws!
Students for Life Action partnered with pro-life champions to introduce HB 1208, legislation to ban chemical abortion drugs, which now account for over 50% of abortions. These dangerous abortion pills can lead to injury, infertility, and death.
When the bill came forward for a vote and passed the South Dakota House, Rep. Tim Reed voted NO[1], voting to allow the deadly practice of chemical abortion to continue.
Call Rep. Reed at 605-691-0452.
Tell him to stop opposing pro-life legislation.
1. Feb. 22, 2022 - Vote ID: 74392 (Y: 40-N: 27-NV: 3)
BAN Dangerous Chemical Abortion Drugs

REP. TIM REED FAILED
TO DEFEND PREBORN BABIES
STUDENTS FOR LIFE
ACTION
ELECTIONS. LAWS. LEADERS.
Rep. Tim Reed voted against critical legislation supported by Students for Life Action to ban dangerous Chemical Abortion drugs (HB 1208).
Rep. Tim Reed failed to return his Students for Life Action Candidate Survey, pledging to support pro-life legislation.
Tell Rep. Reed STOP opposing pro-life bills! 605-691-0452
Paid for by Students for Life Action, not by any candidate or candidate's committee. Studentsforlifeaction.org
Students for Life Action
600 Princess Anne St #7667
Fredericksburg, VA 22401

Tell Rep. Greg Jamison
Stop opposing pro-life laws!
Students for Life Action partnered with pro-life champions to introduce HB 1208, legislation to ban chemical abortion drugs, which now account for over 50% of abortions. These dangerous abortion pills can lead to injury, infertility, and death.
When the bill came forward for a vote and passed the South Dakota House, Rep. Greg Jamison voted NO[1], voting to allow the deadly practice of chemical abortion to continue.
Call Rep. Jamison at 605-310-1930.
Tell him to stop opposing pro-life legislation.
1. Feb. 22, 2022 - Vote ID: 74392 (Y: 40-N: 27-NV: 3)
BAN Dangerous Chemical Abortion Drugs

REP. GREG JAMISON FAILED
TO DEFEND PREBORN BABIES
STUDENTS FOR LIFE ACTION
ELECTIONS. LAWS. LEADERS.
Rep. Greg Jamison voted against critical legislation supported by Students for Life Action to ban dangerous Chemical Abortion drugs (HB 1208).
Rep. Greg Jamison failed to return his *Students for Life Action Candidate Survey*, pledging to support pro-life legislation.
Tell Rep. Jamison - STOP opposing pro-life bills! 605-310-1930
Students for Life Action
600 Princess Anne St #7667
Fredericksburg, VA 22401
Paid for by Students for Life Action, not by any candidate or candidate's committee. Studentsforlifeaction.org

# Tell Rep. Lance Koth: Stop opposing pro-life laws!

*Students for Life Action partnered with pro-life champions **to introduce HB 1208**, legislation to ban chemical abortion drugs, which now account for over 50% of abortions. These dangerous abortion pills can lead to injury, infertility, and death.*

*When the bill came forward for a vote and passed the South Dakota House, **Rep. Lance Koth voted NO**[1], voting to allow the deadly practice of chemical abortion to continue.*

*Call Rep. Koth at **605-770-3293**. Tell him to **stop opposing pro-life legislation**.*

1. Feb. 22, 2022 – Vote ID: 74392 (Y: 40 – N: 27 – NV: 3)

## BAN Dangerous Chemical Abortion Drugs

REP. LANCE KOTH FAILED
TO DEFEND PREBORN BABIES
STUDENTS FOR LIFE
ACTION
ELECTIONS. LAWS. LEADERS.
Rep. Lance Koth voted against critical legislation supported by Students for Life Action to ban dangerous Chemical Abortion drugs (HB 1208).
Rep. Lance Koth failed to return his Students for Life Action Candidate Survey, pledging to support pro-life legislation.
Tell Rep. Koth - STOP opposing pro-life bills! 605-770-3293
Students for Life Action
600 Princess Anne St #7667
Fredericksburg, VA 22401
Paid for by Students for Life Action, not by any candidate or candidate's committee. Studentsforlifeaction.org

Tell Rep. Derby & Rep. Olson:
Stop opposing pro-life laws!
Students for Life Action partnered with pro–life champions to introduce HB 1208, legislation to ban chemical abortion drugs, which now account for over 50% of abortions. These dangerous abortion pills can lead to injury, infertility, and death.
When the bill came forward for a vote and passed the South Dakota House, Reps. Derby & Olson voted NO[1], voting to allow the deadly practice of chemical abortion to continue.
Call Rep. Derby & Rep. Olson at 605–773–3851.
Tell them both to stop opposing pro–life bills.
1. Feb. 22, 2022 – Vote ID: 74392 (Y: 40 – N: 27 – NV: 3)
BAN Dangerous Chemical Abortion Drugs

REP. MIKE DERBY & REP. JESS OLSON
FAILED TO DEFEND PREBORN BABIES
Rep. Jess Olson & Rep. Mike Derby voted against critical legislation supported by Students for Life Action to ban dangerous Chemical Abortion drugs (HB 1208).
Rep. Derby & Rep. Olson failed to return their *Students for Life Action Candidate Surveys*, pledging to support pro-life legislation.
Tell them both – STOP opposing pro-life bills!
Jess Olson: 605-773-3851
Mike Derby: 605-381-0992
Students for Life Action
600 Princess Anne St #7667
Fredericksburg, VA 22401
Paid for by Students for Life Action, not by any candidate or candidate's committee. Studentsforlifeaction.org





