# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

| | |
|---|---|
| STUDENTS FOR LIFE ACTION,<br><br>　　　　　　　Plaintiff,<br><br>-vs.-<br><br>MARTY JACKLEY, in his official capacity as Attorney General of the State of South Dakota, and<br><br>MONAE JOHNSON, in her official capacity as South Dakota Secretary of State,<br><br>　　　　　　　Defendants. | 3:23-CV-03010<br><br><br><br>**JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |

　　　COMES NOW, Students for Life Action, by and through its attorneys of record, along with Defendants Marty Jackley and Monae Johnson, by and through their attorneys of record, moves the Court for its Order extending the motion deadline, by 30 days.

　　　As grounds, the Parties state:

1.　On December 4, 2024, this Court entered a Rule 16 Scheduling Order.

2.　This Scheduling Order states that all motions, other than motions in limine, together with supporting briefs, must be filed and served by May 21, 2025.

3.　Plaintiff has had an unexpected change in counsel; Plaintiff's former lead attorney, Jacob Huebert, no longer works for Liberty Justice Center.

4.　Plaintiff's new counsel, Jeffrey Schwab, has a full schedule this month and requires time to become familiar with this case.

5.　Plaintiff has conferred with Defendants, who agree with this extension.

6.    The undersigned further represents to the Court that this motion is made neither for the purposes of undue delay nor other improper reason.

WHEREFORE, the Parties request the Court issue its Order allowing the Parties a 30-day extension to file their Motions; thereby, the motion deadline would be extended to June 20, 2025.

Dated this 15 day of May, 2025.

Respectfully Submitted,

PILCHER LAW FIRM, PROF. L.L.C.

By: /s/ Aaron P. Pilcher
Aaron P. Pilcher, Attorney at Law
79 3rd St. SE
Huron, SD 57350
Ph: (605) 554-1661 / Fax: (605) 554-1662
Email: aaronpilcherlaw@gmail.com


By: NJDaniel
Noelle Daniel
(Pro Hac Vice)
Jeffrey Schwab
(Pro Hac Vice forthcoming)
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone (312) 263-7668
jhuebert@libertyjusticecenter.org
ndaniel@libertyjusticecenter.org

*Attorneys for Plaintiff Students for Life Action*

By: /s/ Grant M. Flynn
Grant M. Flynn
Assistant Attorney General
1302 East Hwy 14, Suite 1
Pierre, SD 57501-8501
Grant.Flynn@state.sd.us

*Attorney for Defendants*