IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| STUDENTS FOR LIFE ACTION, PLAINTIFF, <br><br> V. <br><br> MARTY JACKLEY, *IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA*, AND MONAE JOHNSON, *IN HER OFFICIAL CAPACITY AS SOUTH DAKOTA SECRETARY OF STATE*, <br><br> DEFENDANTS. | NO. 3:23-CV-3010-RAL |

**PLAINTIFF'S NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiff Students for Life Action (SFLA) appeals to the United States Court of Appeals for the Eighth Circuit the judgment (Dkt. 83) and orders partially granting Defendants' motion to dismiss (Dkt. 44) and motion for summary judgment (Dkt. 82) and denying Plaintiff's motion for summary judgment (also Dkt. 82).

The district court proceedings began with a complaint filed on June 5, 2023. *See* Dkt. 1. The order partially granting the motion to dismiss was issued on August 27, 2024, but could not be appealed until a final judgment. *See* Dkt. 44. The order granting the Defendants' motion for summary judgment and denying Plaintiff's

motion for summary judgment was issued on February 17, 2026, as was the judgment. *See* Dkt. 82; Dkt. 83.

Dated: March 13, 2026

                                             Respectfully Submitted,

                                             */s/ Aaron P. Pilcher*

                                             Aaron P. Pilcher
Pilcher Law Firm, Prof. L.L.C.
79 3rd St .SE
Huron, SD 57350
Ph: (605) 554-1661
aaron@plf-sd.com

Jeffrey Schwab
Timothy Kilcullen
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
jschwab@ljc.org
tkilcullen@ljc.org
*Counsel for Appellant*